# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMONT SLEDGE,<br><br>Petitioner,<br><br>v.<br><br>KELLY HARRINGTON, Warden,<br><br>Respondent. | NO. CV 08-3223 PSG (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 22, 2009.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE